**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6992**

FRANCIS MASIKA,

                Plaintiff - Appellant,

        v.

UNKNOWN,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:15-cv-00050-MHL-RCY)

Submitted:  December 10, 2015        Decided:  December 23, 2015

Before WILKINSON, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Masika, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Masika appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint for failure to comply with a court order to pay the full filing fee or return to the court a form consenting to collection of the filing fee from his inmate account. We affirm.

A plaintiff's failure to comply with a court order may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review such a dismissal for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989). Our review of the record discloses no evidence that the district court received a timely response from Masika to its order regarding the payment of his filing fees.

Although we grant Masika leave to proceed in forma pauperis, we find no abuse of discretion, and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED